# EXHIBIT B

**Fit Body Boot Camp, Inc.**
5867 Pine Avenue
Chino Hills, CA  91709 US
888-638-3222
connieho@fitbodybootcamp.com

# Statement

**TO**
12071605A Shawn Knash
Portage Fit Body Boot Camp
7067 S Westnedge Ave
Portage, MI  49002

**STATEMENT NO.** 1731
**DATE** 08/01/2022
**TOTAL DUE** $7,882.00
**ENCLOSED**

| DATE | ACTIVITY | AMOUNT | OPEN AMOUNT |
|---|---|---|---|
| 01/01/2022 | Invoice #35842: Due 01/01/2022. Jan 2022 Franchise Marketing Fees | 500.00 | 500.00 |
| 01/10/2022 | Invoice #36112: Due 01/10/2022. Jan 2022 Franchise Software Fees | 300.00 | 300.00 |
| 01/17/2022 | Invoice #36598: Due 01/17/2022. Jan 2022 Franchise Royalty Fees | 597.00 | 597.00 |
| 02/01/2022 | Invoice #36950: Due 02/01/2022. Feb 2022 Franchise Marketing Fees | 500.00 | 500.00 |
| 02/10/2022 | Invoice #37369: Due 02/10/2022. Feb 2022 Franchise Software Fees | 300.00 | 300.00 |
| 02/17/2022 | Invoice #37632: Due 02/17/2022. Feb 2022 Franchise Royalty Fees | 597.00 | 597.00 |
| 03/01/2022 | Invoice #38010: Due 03/01/2022. March 2022 Franchise Marketing Fees | 500.00 | 500.00 |
| 03/10/2022 | Invoice #38291: Due 03/10/2022. March 2022 Franchise Software Fees | 300.00 | 300.00 |
| 03/17/2022 | Invoice #38546: Due 03/17/2022. March 2022 Franchise Royalty Fees | 597.00 | 597.00 |
| 04/01/2022 | Invoice #39348: Due 04/01/2022. April 2022 Franchise Marketing Fees | 500.00 | 500.00 |
| 04/10/2022 | Invoice #39444: Due 04/10/2022. April 2022 Franchise Software Fees | 300.00 | 300.00 |
| 04/17/2022 | Invoice #39732: Due 04/17/2022. April 2022 Franchise Royalty Fees | 597.00 | 597.00 |
| 05/01/2022 | Invoice #40069: Due 05/01/2022. May 2022 Franchise Marketing Fees | 500.00 | 500.00 |
| 05/10/2022 | Invoice #40468: Due 05/10/2022. May 2022 Franchise Software Fees | 300.00 | 300.00 |
| 06/17/2022 | Invoice #41762: Due 06/17/2022. June 2022 Franchise Royalty Fees | 597.00 | 597.00 |

| DATE | ACTIVITY | AMOUNT | OPEN AMOUNT |
|---|---|---|---|
| 07/10/2022 | Invoice #42361: Due 07/10/2022. July 2022 Franchise Software Fees | 300.00 | 300.00 |
| 07/17/2022 | Invoice #42625: Due 07/17/2022. July 2022 Franchise Royalty Fees | 597.00 | 597.00 |

AMOUNT DUE
$7,882.00