# EXHIBIT C

March 2nd, 2022

**<u>Via Electronic Mail</u>**

Shawn Knash
2508 HEMLOCK AVE. PORTAGE, Michigan 49024
shawn@portagefbbc.com


      RE:   **<u>Notice of Delinquency</u>**

Dear Shawn Knash:

      This notice is to inform you that Portage Fit Body Boot Camp, in which you are the principal owner, has become delinquent in the amount of **$2,899.00**.

      It is important that we receive payment promptly to ensure that your FBBC assets and resources are not impacted. Please reach out to us at your earliest convenience at **[billing@fitbodybootcamp.com](mailto:billing@fitbodybootcamp.com)**.

      We look forward to hearing from you soon!


Very truly yours,

Fit Body Boot Camp - HQ