**EXHIBIT E**

08/1/2022

**Via Electronic Mail**
Shawn Knash
shawn@portagefbbc.com

RE: **Fit Body Boot Camp**® **FA Non-Renewal Notification**

Dear  Ms. Knash       :

This Notice of Non-Renewal relates to the Fit Body Boot Camp Franchise Agreement (hereinafter referred to as the "Franchise Agreement") entered into by and between Fit Body Boot Camp, Inc. ("FBBC"), as franchisor, and you, as Franchisee on      09/25/2015     (the "Effective Date") pursuant to which you agreed to open and operate a Fit Body Boot Camp® at    7067 S Westnedge Ave., Portage, MI 49002    (the  "Franchised Business") in accordance with the terms and conditions of the Franchise Agreement.

Pursuant to the Franchise Agreement, you are obligated to operate the Franchised Business  for the duration of the initial term of the Franchise Agreement, to which the initial term expired on      09/25/2020    . Franchisee has communicated to Franchisor their desire to not renew a Franchise  Agreement and wish to discontinue operating within the Fit Body Boot Camp® franchise system.  As such, the terms herein are effective as of      08/01/2022                         .

Post-Termination Obligations

Be advised that Franchisor expects your strict compliance with all post-term obligations under the Franchise Agreement, including those set forth in Sections 15.1 (Post-termination obligations), which include, among other obligations and without limitation your obligation to comply with the confidentiality and non-competition covenants.

Additionally, Franchisor expects your strict compliance obligations to immediately pay to Franchisor all past due amounts, currently calculated at $7,882.00 in past due Royalty Fees, Marketing Fees and Software Fees.

Reservation of Rights

This Notice is not intended to be, and should not be construed as, a waiver of FBBC's rights under the Franchise Agreement and applicable law for this or any other violation, which rights are expressly reserved.

Very truly yours,

**FIT BODY CAMP, INC.**

By: *Brittany Carter*

Executive Director, Brittany Carter