UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

FIT BODY BOOT CAMP, INC

        Plaintiff(s),                      Case No. 1:23-cv-00826

v.

SHAWN KNASH

        Defendant(s).
_____/

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1,    **FIT BODY BOOT CAMP, INC**
makes the following disclosure:                     (Party Name)

1. Is party a publicly held corporation or other publicly held entity? ☐ Yes ☑ No

2. Does party have any parent corporations? ☐ Yes ☑ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☐ Yes ☑ No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes ☑ No
   If yes, identify entity and nature of interest:

Date: August 3, 2023                       /s/ Courtney E.S. Fisk
                                                                 (Signature)
Courtney E.S. Fisk (P68475)
Attorney for Fit Body Boot Camp, Inc.
Kreis, Enderle, Hudgins & Borsos, PC
333 Bridge Street NW, Suite 900
Grand Rapids, MI 49504
(616) 258-7000