# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

FIT BODY BOOT CAMP, INC

v.

SHAWN KNASH

Case No.1:23-cv-00826
Hon. Robert J. Jonker

TO: SHAWN KNASH
ADDRESS: 2508 HEMLOCK
PORTAGE, MI 49024

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
COURTNEY E.S. FISK (P68475)
KREIS, ENDERLE, HUDGINS & BORSOS, PC
333 BRIDGE STREET NW, SUITE 900
GRAND RAPIDS, MI 49504
616-258-7000

CLERK OF COURT

8/3/2023

By: Deputy Clerk                                Date

---

## PROOF OF SERVICE

This summons for **SHAWN KNASH** (name of individual and title, if any) was received by me on **8-4-23** (date).

[X] I personally served the summons on the individual at **2508 HEMLOCK, PORTAGE, MI 49024** (place where served) on **mon, 8-7-23  3:14pm** (date).

[ ] I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

[ ] I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

[ ] I returned the summons unexecuted because _____.

[ ] Other (specify) _____.

My fees are $ **10.02** for travel and $ **26.00** for services, for a total of $ **36.02**.

I declare under the penalty of perjury that this information is true.

Date: _____

Server's signature

William Goodrich III CCO
Sp. Deputy Kalamazoo County
Server's printed name and title

5380 Holiday Terr. Kal. MI 49009
Server's address

Additional information regarding attempted service, etc.:

W/F, 5'6", Blonde Hair, thin, mid to late 30's