Attorneys for Plaintiff
FIT BODY BOOT CAMP, INC.

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| FIT BODY BOOT CAMP INC, | CASE NO. 1:23-cv-00826-RJJ-SJB |
| Plaintiff, | **Assigned For All Purposes To:** |
| v | **Judge: Robert J. Jonker** |
| SHAWN KNASH, an individual, | |
| Defendant. | |

### STIPULATION AND ORDER FOR EXTENSION OF TIME

*At a session of said Court held in the*
*City of Grand Rapids, County of Kent,*
*State of Michigan on _____, 2023.*

It is hereby stipulated between Plaintiff, Fit Body Boot Camp, Inc., and Defendant, Shawn Knash (hereinafter "Defendant"), that Defendant be allowed a 14-day extension to filing a response to the Complaint in the above-captioned action.

IT IS HEREBY ORDERED:

Defendant's time to answer or otherwise respond to the Complaint, from

the current due date of August 28, 2023, will be extended for a period of 14-

days, so as to be served on counsel by September 11, 2023.


**IT IS SO ORDERED:**

Dated: _____          _____ _____

                            Honorable Robert J. Jonker
                            US District Court, Western District of Michigan


APPROVED AS TO FORM:


By: /s/ Courtney E.S. Fisk

    Courtney E.S. Fisk (P68475)
    Attorneys for Plaintiff Fit Body
    Boot Camp, Inc.
    333 Bridge Street NW,
    Suite 900
    Grand Rapids, MI 49504
    (616) 258-7000
    cfisk@kreisenderle.com



By: /s/ Shawn Knash w/ perm by CESF (P68475)

    Shawn Knash
    Defendant

STIPULATION AND ORDER FOR EXTENSION OF TIME