1
2

Attorneys for Plaintiff
FIT BODY BOOT CAMP, INC.

3

4

5

6

7

8

## UNITED STATES DISTRICT COURT

9

## WESTERN DISTRICT OF MICHIGAN

10

11

FIT BODY BOOT CAMP INC,

CASE NO. 1:23-cv-00826-RJJ-SJB

12

Plaintiff,

**Assigned For All Purposes To:**
**Judge: Robert J. Jonker**

13

v

14

SHAWN KNASH, an individual,

15

Defendant.

16

17

## STIPULATION AND ORDER FOR EXTENSION OF TIME

18

19

*At a session of said Court held in the*
*City of Grand Rapids, County of Kent,*
*State of Michigan on* __August 29__ *, 2023.*

20

21

22

It is hereby stipulated between Plaintiff, Fit Body Boot Camp, Inc., and

23

Defendant, Shawn Knash (hereinafter "Defendant"), that Defendant be allowed a

24

14-day extension to filing a response to the Complaint in the above-captioned

25

action.

26

27

28

- 1 -
STIPULATION AND ORDER FOR EXTENSION OF TIME

1    IT IS HEREBY ORDERED:

2
      Defendant's time to answer or otherwise respond to the Complaint, from
3

4    the current due date of August 28, 2023, will be extended for a period of 14-

5    days, so as to be served on counsel by September 11, 2023.

6

7

8    **IT IS SO ORDERED:**

9    Dated: August 29, 2023          /s/ Robert J. Jonker

10                                    Honorable Robert J. Jonker
                                      US District Court, Western District of Michigan
11

12   APPROVED AS TO FORM:

13

14

15   By:  /s/ Courtney E.S. Fisk

16        Courtney E.S. Fisk (P68475)

          Attorneys for Plaintiff Fit Body
17        Boot Camp, Inc.

18        333 Bridge Street NW,

          Suite 900
19
          Grand Rapids, MI 49504
20
          (616) 258-7000
21
          cfisk@kreisenderle.com

22

23

24   By:  /s/ Shawn Knash w/ perm by CESF (P68475)

25        Shawn Knash
          Defendant
26

27

28