UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FIT BODY BOOT CAMP INC,

    Plaintiff,

v.

SHAWN KNASH,

    Defendant.

Case No.  1:23-cv-00826

Hon. Robert J. Jonker

## SECOND EXTENSION OF TIME TO ANSWER THE COMPLAINT OR OTHERWISE PLEAD

THE COURT, having reviewed defendant's motion for a 21-day extension to answer the Complaint or otherwise plead, and noting that the Court earlier ordered a 14-day extension (ECF 010),

IT IS HEREBY ORDERED that Defendant Shawn Knash shall file her answer or otherwise plead by Monday September 25, 2023.

    /s/ Robert J. Jonker
Hon. Robert J. Jonker
U.S. District Court Judge

Dated:   September 11, 2023